UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 13-CR-00129-S-EJL |
| | ) | |
| Plaintiff, | ) | ORDER APPROVING |
| | ) | STIPULATION AND |
| vs. | ) | AGREEMENT TO SETTLE |
| | ) | CLAIMS OF JENNIFER |
| KENNETH JONES, et al., | ) | JONES |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |

The Court has before it a Stipulation and Agreement to Settle Claims of

Jennifer Jones (ECF No. 594) for compromise and settlement of the parties' claims

of interest in the following property:

a.   U.S. currency in the approximate sum of $4,237.16 (subject to TOPS);

b.   A 2000 Dodge Durango, VIN: 1B4HS28Z4YF300061; and

c.   A CBC Shotgun, SN: FBB027856, .410.

ORDER APPROVING STIPULATION - 1

The Court finds good cause to approve the Stipulation and Agreement (ECF No. 594); and

Accordingly, IT IS HEREBY ORDERED that the above-referenced Stipulation is APPROVED and SO ORDERED and the above assets may immediately be returned to Jennifer Jones by the United States Marshals Service (USMS) and/or DEA pursuant to the terms and conditions set out in said Stipulation.

DATED: August 13, 2014

Edward J. Lodge
United States District Judge